■ INTEGRATED ELECTRONIC TECHNOLOGIES, INC., Appellant, v DIEMOLDING CORPORATION, Respondent. [741 NYS2d 768] —Appeal from an order of Supreme Court, Onondaga County (Murphy, J.), entered February 22, 2001, which granted defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Murphy, J. Present—Pine, J.P., Hurlbutt, Burns, Gorski and Lawton, JJ.